IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ELIZABETH N. LONG and TONI L.
HOTHAN,

                Plaintiffs,        1:12-CV-1495-PA

**TEMPORARY RESTRAINING ORDER**

    v.

LASALLE BANK NATIONAL
ASSOICATION, AS TRUSTEE FOR
THE MERRILL LYNCH MORTGAGE
INVESTORS TRUST, MORTGAGE
LOAN ASSET-BACKED CERTIFICATES,
SERIES 2006-FF1, and CAL-
WESTERN RECONVEYANCE
CORPORATION,

                Defendants.

---

**PANNER, District Judge.**

    Based on the stipulation of the parties at the September 20,

2012 show cause hearing, I now extend the Temporary Restraining

Order I previously issued.

1 - ORDER

Defendants, and their officers and agents, and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 225 Olwell Way, Medford, Oregon, from this day until Monday, October 1, 2012, at 5:00 p.m. I will hold a hearing on whether to issue a preliminary injunction at 11:00 a.m. on October 1, 2012, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this __20__ day of September, 2012 at __11__ o'clock __A.M.__

Owen M. Panner
United States District Judge

2  - ORDER